United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11423-djb |
| Christian Blandon | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 14, 2025 | Form ID: 309A | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian Blandon, 12022 Academy Road, Philadelphia, PA 19154-2908 |
| 14997166 | + | DC Solutions Painting Inc., 12022 Academy Rd, Philadelphia, PA 19154-2908 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: brad@sadeklaw.com | Apr 15 2025 01:16:00 | BRAD J. SADEK, Sadek Law Offices, LLC, 1500 JFK Boulevard, Ste 220, Philadelphia, PA 19102 |
| tr | + | EDI: QLEFELDMAN.COM | Apr 15 2025 05:14:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Apr 15 2025 01:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Apr 15 2025 05:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 15 2025 01:17:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14997160 | | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 15 2025 01:31:44 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14997161 | | Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 01:31:32 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 14997162 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 15 2025 01:16:00 | Apple Card, Goldman Sachs Bank USA, PO Box 7247, Philadelphia, PA 19170-0001 |
| 14997159 | | Email/Text: megan.harper@phila.gov | Apr 15 2025 01:17:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 14997163 | + | EDI: CAPITALONE.COM | Apr 15 2025 05:14:00 | Capital One, Attn: Bankruptcy, 4881 Cox Rd, Glen Allen, VA 23060-6293 |
| 14997164 | + | Email/Text: bknotice@raslavrar.com | Apr 15 2025 01:16:00 | Citibank, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 14997165 | | EDI: CCS.COM | Apr 15 2025 05:14:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14997167 | + | Email/Text: bankruptcy@dedicatedgbc.com | Apr 15 2025 01:17:00 | Dedicated Financial GBC, 4000 Lexington Ave N Suite 125,, Saint Paul, MN 55126-3153 |
| 14997168 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 15 2025 01:17:00 | Dept of Education/Neln, PO Box 82561, Lincoln, |

Case 25-11423-djb    Doc 8    Filed 04/16/25    Entered 04/17/25 00:34:21    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 309A | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | NE 68501-2561 |
| 14997169 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Apr 15 2025 01:16:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14997152 | + | EDI: IRS.COM | | |
| | | | Apr 15 2025 05:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14997170 | + | EDI: CCS.COM | | |
| | | | Apr 15 2025 05:14:00 | Liberty Mutual, 725 canton street, Norwood, MA 02062-2609 |
| 14997171 | | EDI: CCS.COM | | |
| | | | Apr 15 2025 05:14:00 | Liberty Mutual In. Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14997172 | | Email/Text: camanagement@mtb.com | | |
| | | | Apr 15 2025 01:17:00 | M and T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 14997173 | | Email/Text: Unger@Members1st.org | | |
| | | | Apr 15 2025 01:16:00 | Members 1st FCU, Attn: Bankruptcy, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14997174 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Apr 15 2025 01:16:00 | Nissan Motor Acceptance, PO Box 660366, Dallas, TX 75266-0366 |
| 14997155 | | Email/Text: fesbank@attorneygeneral.gov | | |
| | | | Apr 15 2025 01:17:00 | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120 |
| 14997153 | + | EDI: PENNDEPTREV | | |
| | | | Apr 15 2025 05:14:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 14997156 | ^ | MEBN | | |
| | | | Apr 15 2025 01:14:04 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14997158 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | Apr 15 2025 01:17:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14997175 | | EDI: CCS.COM | | |
| | | | Apr 15 2025 05:14:00 | Progressive, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14997176 | ^ | MEBN | | |
| | | | Apr 15 2025 01:13:59 | Ratchford Law Group P.C., 54 Glenmaura National Blvd Ste 104, Moosic, PA 18507-2161 |
| 14997177 | ^ | MEBN | | |
| | | | Apr 15 2025 01:14:03 | Snap-on Credit, Attn: Bankruptcy, 2801 80th St, Kenosha, WI 53143-5656 |
| 14997157 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | | Apr 15 2025 01:17:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 14997154 | ^ | MEBN | | |
| | | | Apr 15 2025 01:14:02 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14997178 | + | EDI: CAPITALONE.COM | | |
| | | | Apr 15 2025 05:14:00 | Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 14, 2025 | Form ID: 309A | Total Noticed: 33 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025                  Signature:     /s/Gustava Winters

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Christian Blandon<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3322<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: 7   4/11/25 |
| Case number: | 25-11423-djb | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20
**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christian Blandon | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 12022 Academy Road<br>Philadelphia, PA 19154 | |
| 4. | **Debtor's attorney**<br>Name and address | BRAD J. SADEK<br>Sadek Law Offices, LLC<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 | Contact phone 215-545-0008<br>Email: brad@sadeklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | LYNN E. FELDMAN<br>Lynn E. Feldman, Trustee<br>2310 Walbert Ave<br>Ste 103<br>Allentown, PA 18104 | Contact phone 610-530-9285<br>Email: trustee.feldman@rcn.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 4/14/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 14, 2025 at 11:50 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2246, Enter Meeting ID 338 913 1039, and Passcode 3443449121**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/14/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**